WILLIAM H. MORTON, RESPONDENT, v. HUGH WEIR, APPELLANT.

*Lease — cancellation of.*

The defendant leased to the plaintiff's assignor, a lot of land for ten years, the lease providing that if the lessor should sell the premises during the term, it should be canceled and at an end, and that the defendant or the purchaser would pay the lessee a fair and just price for all permanent improvements. *Held,* that the effect of the clause was not to render the lease determinable only on the election of the lessor, but that a sale of the premises terminated the lease at once, and gave to the lessee a right to recover the value of the permanent improvements, although he had never been disturbed in his possession of the premises.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*A. J. Rogers,* for appellant.    *P. L. McClelan,* for respondent.

Opinions by BARNARD, P. J., and TAPPEN, J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed, with costs.

---

DANIEL SIMMONS, RESPONDENT, v. BRADBURY M. RICHARDSON, APPELLANT.

*General finding — effect of — how corrected.*

Where, upon the trial of an action before the court without a jury, a finding is too general, the party injured thereby should ask a more specific one. If he suffers it to stand and the evidence returned shows no error, the judgment must be affirmed the same as if entered upon the verdict of a jury.

APPEAL from a judgment in favor of the plaintiff, entered upon the trial of this action by the court, without a jury.

*H. A. Nelson,* for appellant.    *Benj. H. Bayliss,* for respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed, with costs.